**FILED**

Loyda J. Joly
14457 Pleach St.
Winter Garden, FL 34787

JUN 2 4 2011
JUN 24 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

6/13/2011

Case: Wysocki v. City National Bank, et. Al., No. 10 CV 3850 (N.D. Ill)

Clerk of the Court
United States District Court
for the Northern District of Illinois
219 S. Dearborn Street, Chicago, IL 60604

Dear Honorable Judge:

I am objecting to the fairness of the settlement since the same was based only in the assumption that all the class action members included in the suit would be fairly represented. As it shows in the document "Re: Important Information about Your Health Care Account with Florida Hospital…." And who were sent collection statements by opening a credit card account without any consent to those illegal practices in order to collect an account should be compensated in the same way as the Class Representative, Keneth Wysocki, for his statutory and actual damages for the wrongful practices committed by the defendant against each of the class members in the deceiving collection practice established by Florida Hospital and to which a Florida resident is entitled since the Hospital is in Florida.

Florida Hospital practices in Florida for Fair Debt Collection Practices Act. ("FDCPA"), the Truth In Lending Act ("TILA"), and the Florida Consumer Collection Practices Act ("FCCPA") used a credit company named City National Bank branch located in Florida.

Because of all the details already included in the class action civil lawsuit, the maximum each class member should receive is the equal (Fair) amount offered to Kenneth Wysocki and not less. In any case, all legal residents of Florida who are part of this civil class action law suit and have been affected should received the same amount awarded as the same rights under the USA Constitution were violated in the same way and as USA citizens are guaranteed an equal treatment and equal rights.

Sincerely,

Loyda J. Joly

**Loyda J. Joly**
**14457 Pleach St.**
**Winter Garden, FL 34787**
**Cell: (407) 970-8591**

CC: Francis R. Greene (#24616)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. La Salle Street, 18th Floor
Chicago, IL 60603

Martin J. Bishop
FOLEY & LARDNER LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60654